UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE,<br><br>                      Plaintiff,<br><br>-against-<br><br>SEAN COMBS, DADDY'S HOUSE RECORDINGS, INC., CE OPCO, LLC d/b/a COMBS GLOBAL f/k/a COMBS ENTERPRISES LLC, BAD BOY ENTERTAINMENT HOLDINGS, INC., BAD BOY PRODUCTIONS HOLDINGS, INC., BAD BOY BOOKS HOLDINGS, INC., BAD BOY RECORDS LLC, BAD BOY ENTERTAINMENT LLC, BAD BOY PRODUCTIONS LLC, ORGANIZATIONAL DOES 1-10, and INDIVIDUAL DOES 1-10,<br><br>                      Defendants. | Case No. 1:24-cv-09852 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

**WHEREAS** on December 20, 2024, Plaintiff filed her Complaint against Defendants (Dkt. 1); and

**WHEREAS** on December 22, 2024, Plaintiff filed a motion for leave to appear anonymously (Dkts. 4, 8; *see also* Dkts. 5-7)[1]; and

**WHEREAS** Defendants have not yet been served and have not appeared in this case; and

**WHEREAS** Plaintiff has made a sufficient showing to temporarily proceed anonymously; it is hereby

**ORDERED** that Plaintiff shall file a renewed motion to proceed anonymously no later than thirty (30) days after service of the Complaint, in order to provide Defendants with an

---

[1] Insofar as the motion at Dkt. 4 names Shawn Carter as a defendant, the Court notes that he has not been named as a party in the Complaint. *See generally* Dkt 1.

opportunity to respond to the motion. If Plaintiff fails to timely file this motion, the Court shall order the disclosure of her identity.

The Clerk of Court is respectfully requested to terminate the pending motions at Dkts. 4 and 8.

Dated: December 23, 2024
New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge

2