UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

Jane Doe,

                    *Plaintiff*,                        No. 1:24-cv-09852

                v.

SEAN COMBS, DADDY'S HOUSE RECORDINGS              **PROPOSED ORDER**
INC., CE OPCO, LLC d/b/a COMBS GLOBAL
f/k/a COMBS ENTERPRISES LLC,
BAD BOY ENTERTAINMENT HOLDINGS, INC.,
BAD BOY PRODUCTIONS HOLDINGS, INC.,
BAD BOY BOOKS HOLDINGS, INC., BAD BOY
RECORDS LLC, BAD BOY ENTERTAINMENT LLC,
BAD BOY PRODUCTIONS LLC, AND
ORGANIZATIONAL DOES 1-10,

                    *Defendants*.

-------------------------------------------------------X


       Upon good cause shown, the request of Plaintiff to proceed using the pseudonym "Jane

Doe" is GRANTED.


Date: _____                    _____

                                            Hon. Judge Presiding
                                          United States District Judge