March 7, 2025

**BY ECF**

The Honorable Jennifer L. Rochon
United States District Judge
500 Pearl Street
New York, NY 10007

> The parties' joint request is GRANTED. The March 9, 2025 deadline for the parties to submit a case-management plan and the March 19, 2025 initial pretrial conference are hereby adjourned sine die pending resolution of the Defendants' motion to dismiss.
>
> SO ORDERED
>
> Date:  March 7, 2025
>        New York, New York
>
> *[signature]*
> JENNIFER L. ROCHON
> United States District Judge

**Re:**   *Doe v. Combs, et. al.*, **Case No. 24-cv-09852 (JLR)**

Dear Judge Rochon:

    We write jointly on behalf of the Plaintiff in this action and defendants Sean Combs, Daddy's House Recordings Inc., CE OpCo, LLC d/b/a Combs Global f/k/a Combs Enterprises, LLC, Bad Boy Entertainment Holdings, Inc., Bad Boy Productions Holdings, Inc., Bad Boy Books Holdings, Inc., Bad Boy Entertainment LLC, and Bad Boy Productions LLC (the "Combs Defendants").

    The undersigned parties respectfully request that the Court's previously ordered deadline to submit a case management plan, currently scheduled for March 9, 2025, and initial pretrial conference, currently scheduled for March 19, 2025, be adjourned pending resolution of the Combs Defendants' motion to dismiss.  *See* ECF #34.

    All parties believe that it will be more efficient to defer discovery pending resolution of the motion to dismiss.  If the motion is successful, it may result in complete dismissal of this action in its entirety or against certain defendants, which could significantly alter the scope of discovery that needs to be conducted.

    Discovery in this matter is further complicated by the impending criminal trial of Defendant Sean Combs, which is scheduled to begin before Judge Subramanian on May 5, 2025.  *See USA v. Combs*, Case No. 24-cr-00542 (S.D.N.Y.).  The parties agree that it is impractical to proceed with various aspects of fact discovery involving Mr. Combs until this criminal trial is concluded.  Deferring a case schedule pending the motion to dismiss will therefore have the added benefit of allowing time for the criminal matter to conclude.

Hon. Jennifer L. Rochon
March 7, 2025
Page 2 of 2

    Respectfully submitted,

| */s/ Mark Cuccaro* | */s/ Antigone Curis* |
|---|---|
| Mark Cuccaro | Antigone Curis |
| SHER TREMONTE LLP | CURIS LAW, PLLC |
| 90 Broad Street, 23rd Fl. | 52 Duane Street, 7th Fl. |
| New York, New York 10004 | New York, NY 10007 |
| T: 212.202.2600 | (646) 335-7220 |
| mcuccaro@shertremonte.com | antigone@curislaw.com |
| *Counsel for the Combs Defendants* | *Counsel for Plaintiff Jane Doe* |