# SHER TREMONTE LLP

March 10, 2025

**BY ECF**
The Honorable Jennifer L. Rochon
United States District Judge
500 Pearl Street
New York, NY 10007

> The requested extensions are GRANTED. The deadline for Plaintiff's opposition to the motion to dismiss shall be **April 22, 2025**; the deadline for Defendants' reply shall be **May 22, 2025**.
>
> Date:  March 11, 2025
>        New York, New York
>
> SO ORDERED.
>
> _/s/ Jennifer Rochon_
> **JENNIFER L. ROCHON**
> **United States District Judge**

Re: *Doe v. Combs, et. al.*, Case No. 24-cv-09852 (JLR)

Dear Judge Rochon:

We write jointly on behalf of the Plaintiff in this action and defendants Sean Combs, Daddy's House Recordings Inc., CEOpCo, LLC d/b/a Combs Global f/k/a Combs Enterprises, LLC, Bad Boy Entertainment Holdings, Inc., Bad Boy Productions Holdings, Inc., Bad Boy Books Holdings, Inc., Bad Boy Entertainment LLC, and Bad Boy Productions LLC (the "Combs Defendants") concerning the motion to dismiss filed by the Combs Defendants on March 4, 2025 (the "Motion to Dismiss"). *See* ECF ##34-36.

Under Local Civil Rule 6.1, the default deadline for opposition to the Motion to Dismiss is March 19, 2025, and the default deadline for a reply is March 26, 2025. The undersigned parties respectfully request an extension of these default deadlines to March **April 22, 2025** for Plaintiff's opposition and **May 22, 2025** for the Combs Defendants' reply. The parties request this extension to accommodate unusually busy work schedules within this timeframe, attributable in part to multiple other recent lawsuits in this District and the New York state courts involving the same Combs Defendants and counsel for both sides.

No prior request for this relief has been made.

Respectfully submitted,

*/s/ Mark Cuccaro*
Mark Cuccaro
SHER TREMONTE LLP
90 Broad Street, 23rd Fl.
New York, New York 10004
T: 212.202.2600
mcuccaro@shertremonte.com
*Counsel for the Combs Defendants*

*/s/ Antigone Curis*
Antigone Curis
CURIS LAW, PLLC
52 Duane Street, 7th Fl.
New York, NY 10007
(646) 335-7220
antigone@curislaw.com
*Counsel for Plaintiff John Doe*