August 14, 2025

**BY ECF**
The Honorable Jennifer L. Rochon
United States District Judge
500 Pearl Street
New York, NY 10007

      Re:    *Doe v. Combs, et. al.*, Case No. 24-cv-09852 (JLR)

Dear Judge Rochon:

      The parties in this matter write jointly to provide a status update in accordance with the Court's order (ECF #55) staying this case pending resolution of the tandem appeals in *Parker v. Tal Alexander et al.*, No. 25-487 (2d Cir.) and *Doe v. Black*, No. 25-564 (2d Cir.).

      The *Parker* and *Black* appeals remain undecided. The *Parker* appeal was fully briefed as of June 11, 2025; oral argument has been requested but not yet scheduled. In *Black*, the appellant's brief was filed on June 17, 2025; the appellee's opposition brief deadline is September 16, 2025.

      The parties respectfully submit that it is appropriate for the Court's stay to remain in effect until these appeals are decided.

                                                      Respectfully submitted,

| | |
|---|---|
| */s/ Mark Cuccaro* | */s/ Antigone Curis* |
| Mark Cuccaro | Antigone Curis |
| SHER TREMONTE LLP | CURIS LAW, PLLC |
| 90 Broad Street, 23rd Fl. | 52 Duane Street, 7th Fl. |
| New York, New York 10004 | New York, NY 10007 |
| T: 212.202.2600 | (646) 335-7220 |
| mcuccaro@shertremonte.com | antigone@curislaw.com |
| *Counsel for the Combs Defendants* | *Counsel for Plaintiff Jane Doe* |